**Nos. 14-5297**

# In the United States Court of Appeals for the Sixth Circuit

VALERIA TANCO *et al.*, *Plaintiffs-Appellees,*
v. WILLIAM HASLAM, *et al.*, *Defendants-Appellants*.

Appeal from the United States District Court for the Middle District of Tennessee at Nashville, C.A. No. 3:13-cv-001159 (Hon. Aleta A. Trauger)

**MOTION TO FILE BRIEF OF CONSTITUTIONAL LAW SCHOLARS ASH BHAGWAT, LEE BOLLINGER, ERWIN CHEMERINSKY, WALTER DELLINGER, MICHAEL C. DORF, LEE EPSTEIN, DANIEL FARBER, BARRY FRIEDMAN, ELLEN D. KATZ, JOHN C. JEFFRIES, JR., LAWRENCE LESSIG, WILLIAM MARSHALL, FRANK MICHELMAN, JANE S. SCHACTER, SUZANNA SHERRY, GEOFFREY R. STONE, DAVID STRAUSS, LAURENCE TRIBE, AND WILLIAM VAN ALSTYNE AS** *AMICI CURIAE* **IN SUPPORT OF PLAINTIFFS-APPELLEES**

GEOFFREY R. STONE
THE UNIVERSITY OF
    CHICAGO LAW SCHOOL
1111 E. 60th Street
Chicago, IL  60637
(773) 702-4907
gstone@uchicago.edu

DIANE M. SOUBLY
    *Counsel of Record*
STEVENSON KEPPELMAN ASSOCIATES
444 S Main
Ann Arbor MI 48104
(734) 747-7050
dsoubly@skalaw.com

LORI ALVINO MCGILL
LATHAM & WATKINS LLP
555 11th Street, NW
Suite 1000
Washington, DC  20004
(202) 637-2319
lori.alvino.mcgill@lw.com

*Counsel for Amici Constitutional Law Scholars*

# MOTION TO FILE *AMICI CURIAE* BRIEF
# AND STATEMENT OF INTEREST

*Amici curiae* Ash Bhagwat, Lee Bollinger, Erwin Chemerinsky, Walter Dellinger, Michael C. Dorf, Lee Epstein, Daniel Farber, Barry Friedman, Ellen D. Katz, John C. Jeffries, Jr., Lawrence Lessig, William Marshall, Frank Michelman, Jane S. Schacter, Suzanna Sherry, Geoffrey R. Stone, David Strauss, Lawrence Tribe, and William Van Alstyne are constitutional law scholars who teach and write in the field; and they respectfully move this Court for leave to file the accompanying *amici curiae* brief in support of Appellees.

1. *Amici* have studied, written scholarly commentary on, and have a common professional interest in one of the issues presented in this case: Whether a classification based on sexual orientation triggers heightened scrutiny under current equal protection jurisprudence. *Amici* have a deep and abiding interest in constitutional rights, and this litigation is of critical interest and import in that area. *Amici* also have expertise and familiarity with the issues on appeal.

2. *Amici* are the following scholars[1]:

---

[1] *Amici* appear in their individual capacities; institutional affiliations are listed here for identification purposes only.

**Ashutosh Bhagwat**, Professor of Law, University of California at Davis School of Law;

**Lee Bollinger**, President, Columbia University; former President, University of Michigan and former Dean, University of Michigan Law School;

**Erwin Chemerinsky**, Founding Dean, Distinguished Professor of Law, Professor of Political Science, University of California, Irvine School of Law;

**Walter Dellinger**, Douglas B. Maggs Professor Emeritus, Duke University School of Law;

**Michael C. Dorf**, Robert S. Stevens Professor of Law, Cornell University Law School;

**Lee Epstein**, Provost Professor of Law and Political Science, Rader Family Trustee Chair in Law, University of Southern California Gould School of Law;

**Daniel Farber**, Sho Sato Professor of Law, University of California, Berkeley;

**Barry Friedman**, Jacob D. Fuchsberg Professor of Law, New York University School of Law;

**Ellen D. Katz**, Ralph W. Aigler Professor of Law, University of Michigan Law School;

**John C. Jeffries, Jr.**, David and Mary Harrison Distinguished Professor of Law, University of Virginia School of Law;

**Lawrence Lessig**, Roy L. Furman Professor of Law and Leadership, Harvard Law School;

**William Marshall**, William Rand Kenan, Jr. Distinguished Professor of Law, University of North Carolina School of Law;

**Frank Michelman**, Robert Walmsley University Professor, Emeritus, Harvard Law School;

**Jane S. Schacter**, William Nelson Cromwell Professor of Law, Stanford Law School;

**Suzanna Sherry**, Herman O. Loewenstein Professor of Law, Harvie Branscomb Distinguished University Professor, Vanderbilt Law School;

**Geoffrey R. Stone**, Edward H. Levi Distinguished Service Professor, University of Chicago Law School;

**David Strauss**, Gerald Ratner Distinguished Service Professor of Law, University of Chicago Law School;

**Laurence Tribe**, Carl M. Loeb University Professor, Harvard University; Professor of Constitutional Law, Harvard Law School;

**William Van Alstyne**, William R. and Thomas L. Perkins Professor Law, Emeritus, Duke University School of Law.

3. The proposed *amici* brief will assist this Court, and leave should be granted for its filing.

WHEREFORE, these *Amici* respectfully request that this Court grant leave for the filing of the amici curiae brief attached hereto in support of Plaintiffs-Appellees and for affirmance.

                                      Respectfully submitted,

                                      s/ Diane M. Soubly

| | |
|---|---|
| GEOFFREY R. STONE<br>THE UNIVERSITY OF<br>   CHICAGO LAW SCHOOL<br>1111 E. 60th Street<br>Chicago, IL  60637<br>(773) 702-4907<br>gstone@uchicago.edu | DIANE M. SOUBLY (P32005)<br>  *Counsel of Record*<br>STEVENSON KEPPELMAN ASSOCIATES<br>444 S. Main<br>Ann Arbor, MI 48104<br>(734) 747-7050<br>dsoubly@skalaw.com<br><br>LORI ALVINO MCGILL<br>  LATHAM & WATKINS LLP<br>555 11th Street, NW<br>Suite 1000<br>Washington, DC  20004<br>(202) 637-2319<br>lori.alvino.mcgill@lw.com |

Dated: June 16, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June, 2014, the foregoing document was filed with the clerk's office for the United States Court of Appeals for the Sixth Circuit and served on all counsel of record for the parties; and upon all other counsel of record appearing for *amici curiae* (all ECF filers) via the Court's ECF system.

s/ Diane M. Soubly<br>
Diane M. Soubly